

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00487-CV

**IN RE** Samantha Renee **VEGA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                  Marialyn Barnard, Justice
                  Luz Elena D. Chapa, Justice

On July 17, 2018, relator filed a petition for writ of mandamus and a motion for emergency stay of the trial court's July 13, 2018 Order Vacating Temporary Ex Parte Protective Order pending final resolution of the petition for writ of mandamus.

At this time, we DENY relator's motion for an emergency stay. Relator is ORDERED to file with this court a copy of any order or ruling issued by the trial court following the July 18, 2018 hearing **no later than July 27, 2018.**

It is so **ORDERED** on July 17, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-12371, styled *In the Matter of the Marriage of Christopher Post and Samantha Rene Vega*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.